CIRCUIT MEDIATION OFFICE
# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

September 27, 2013

Lesley Farby, Esq.
U.S. Department of Justice
20 Massachusetts Ave., NW
Washington, DC  20530

Daniel Tenny, Esq.
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC  20530

Steven J. Lechner, Esq.
James Martin Manley, Esq.
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO  80227

Amy Lenore Padden, Esq.
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO  80202

RE:  Nos.  13-1374 – Patrick Bonidy et al.  v.  USPS et al.
         13-1391

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a mediation conference has been scheduled in this case. This office will initiate a **TELEPHONE CONFERENCE CALL** on Monday, October 7, 2013 at 10:00 AM, **MOUNTAIN DAYLIGHT TIME**. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are understood to be the lawyers with primary responsibility for this case. Please contact this office **BY TELEPHONE IMMEDIATELY** if we need to notify different or additional lawyers or if you need to have the conference rescheduled because of an unavoidable conflict. Participation in the conference by cell phone is not permitted.

Sincerely,

Denise McClure
Conference Administrator