UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker      October 01, 2013     Douglas E. Cressler
Clerk of Court                                                                   Chief Deputy Clerk

Ms. Lisa A. Olson
Lesley Farby
U.S. Department of Justice
Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530-0000

Mr. Steven J. Lechner
Mr. James Martin Manley
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227

Ms. Amy Lenore Padden
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202

Mr. Michael Raab
Mr. Daniel Tenny
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC 20530

**RE:**     13-1374, 13-1391, Bonidy, et al v. USPS, et al
            Dist/Ag docket: 1:10-CV-02408-RPM

Dear Counsel:

Please be advised that briefing in this cross-appeal has commenced. Briefing shall proceed in accordance with Fed. R. App. P. 28.1. **Please make sure to use the correct cross-appeal briefing event codes when filing your briefs via the court's Electronic**

**Case Filing System (ECF), as indicated below. In addition, please make sure to apply your docket entries to both cases.**

Please note the following:

1. The party who files a notice of appeal first is the appellant for purposes of the cross-appeal. If notices are filed on the same day, the plaintiff in the proceeding below is the appellant.
2. Appellant's principal brief (which must be docketed as the first brief on cross-appeal) shall be served and filed within 40 days from the date the originating court transmitted the "notice record complete" (OR 40 days from the date the record on appeal was filed in this court). The due date is November 12, 2013.
3. Appellee's principal and response brief (which must be docketed as the second brief on cross-appeal) shall be served and filed within 30 days after appellant's principal brief is served.
4. Appellant's response and reply brief (which must be docketed as the third brief on cross-appeal) shall be served and filed within 30 days after appellee's principal and response brief is served.
5. Appellee's reply brief (which must be docketed as the fourth brief on cross-appeal) shall be served and filed within 14 days after appellant's response and reply brief is served.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/kf