CIRCUIT MEDIATION OFFICE
# UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

October 18, 2013

Lesley Farby, Esq.
U.S. Department of Justice
20 Massachusetts Ave., NW
Washington, DC  20530

Daniel Tenny, Esq.
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC  20530

Steven J. Lechner, Esq.
James Martin Manley, Esq.
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO  80227

Amy Lenore Padden, Esq.
Office of the United States Attorney
District of Colorado
1225 17th Street, Suite 700
Denver, CO  80202

RE: Nos.  13-1374 – Tab Bonidy et al.  v.  USPS et al.
            13-1391

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the first brief on cross-appeal and the appendix for Patrick Donahoe, Michael Kervin, and United States Postal Service is extended to **November 20, 2013**.

                                    Sincerely,

                                      KYLE ANN SCHULTZ

KS:dm