Nos. 13-1374, 13-1391

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

TAB BONIDY, *et al.*,
Plaintiffs-Appellees,

v.

UNITED STATES POSTAL SERVICE, *et al.*,
Defendants-Appellants.

On Appeal from the United States District Court for the District of Colorado
No. 10-cv-02408-RPM, The Honorable Richard P. Matsch

**APPELLEES' MOTION TO FILE CORRECTED BRIEF**

James M. Manley
Steven J. Lechner
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

Attorneys for Plaintiffs-Appellees

Plaintiffs-Appellees, by and through their undersigned attorneys, respectfully move pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.3(A)(2) for leave to file a corrected brief. Defendants-Appellants, through counsel, do not oppose this motion. The grounds for this motion are as follows:

1. On December 23, 2013, Plaintiffs-Appellees timely filed their Principal and Response Brief in the above-captioned matter.

2. Plaintiffs-Appellees' Principal and Response Brief contains a page numbering error.

3. In order to correct that page numbering error, Plaintiffs-Appellees have prepared a corrected brief.

For the foregoing reasons, Plaintiffs-Appellees respectfully request leave to file a corrected brief.

DATED this 27th day of December 2013.

Respectfully submitted,

/s/ James M. Manley
James M. Manley
Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)

jmanley@mountainstateslegal.com
lechner@mountainstateslegal.com

Attorneys for Plaintiffs-Appellees

# CERTIFICATE OF ELECTRONIC FILING

Pursuant to Fed. R. App. P. Rule 25, 10th Cir. R. 25, and the 10th Cir. CM/ECF User Manual, I hereby certify that:

(1)     all required privacy redactions have been made;

(2)     the electronic submission was scanned for viruses with the most recent version of a commercial virus scanning program, BitDefender Antivirus Pro Plus 2012, updated Dec. 27, 2013, and, according to that program it is free of viruses.

                                                /s/ James M. Manley
                                                James M. Manley

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2013, the foregoing document was filed using the appellate ECF system and that all parties of record were served through that system.

/s/ James M. Manley  
James M. Manley
