```
```
FILED  
United States Court of Appeals  
Tenth Circuit  

**December 30, 2013**  

Elisabeth A. Shumaker  
Clerk of Court  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

TAB BONIDY, et al.,

    Plaintiffs - Appellees - Cross/Appellants,

v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants - Appellants - Cross/Appellees.

Nos. 13-1374 & 13-1391

_____

## ORDER
_____

This matter is before the court on Appellees/Cross-Appellants' Motion to File Corrected Brief. The motion is granted as contained herein. The Appellees/Cross-Appellants must file their corrected second brief on cross-appeal within 5 days from the date of this order. The third brief on cross-appeal will be due 30 days from the date of service of the corrected brief.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk