FILED
United States Court of Appeals
Tenth Circuit

January 28, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

———————————————

| | |
|---|---|
| TAB BONIDY, et al.,<br><br>    Plaintiffs - Appellees/<br>    Cross-Appellants,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants - Appellants/<br>    Cross-Appellees.<br><br>---------------<br><br>BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>    Amicus Curiae. | Nos. 13-1374 & 13-1391 |

———————————————

## ORDER

———————————————

This matter is before the court on Appellants/Cross-Appellees' motion for extension of time to file the third brief on cross appeal. The motion is granted. The brief shall be served and filed on or before March 6, 2014.

                                                Entered for the Court

                                                ELISABETH A. SHUMAKER, Clerk