FILED
United States Court of Appeals
Tenth Circuit

October 1, 2014

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| TAB BONIDY; NATIONAL ASSOCIATION FOR GUN RIGHTS, <br><br> Plaintiffs - Appellees / Cross-Appellants, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE; PATRICK DONAHOE, Postmaster General; MICHAEL KERVIN, Acting Postmaster, Avon, Colorado, <br><br> Defendants - Appellants / Cross-Appellees. <br> _____ <br><br> BRADY CENTER TO PREVENT GUN VIOLENCE, <br><br> Amicus Curiae. | Nos. 13-1374 and 13-1391 |

_____

**ORDER**

_____

Before **TYMKOVICH**, **EBEL**, and **PHILLIPS**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. Daniel Tenny argued for the Appellants / Cross-Appellees. Steven Lechner argued for the Appellees / Cross-Appellants.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of the Court